02-10-430-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-10-00430-CV

 

 


 
 
 Phillip Vallejo and Brenda Vallejo
 
 
  
 
 
 APPELLANTS
 AND APPELLEES
 
 
 
 
  
 V.
  
 
 
 
 
 City of Kennedale
 
 
  
 
 
 APPELLEE
 AND APPELLANT
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Agreed Motion To Dismiss Appeal And Cross Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeals.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

Costs
of the appeals shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

PER
CURIAM

PANEL: 
WALKER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
May 12, 2011









[1]See
Tex. R. App. P. 47.4.